# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

### No. 201700263

―――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## ESRA D. MULLNER
Lance Corporal (E-3), U.S. Marine Corps
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Mark D. Sameit, USMC.
Convening Authority: Commanding Officer, 7th Marine Regiment, 1st Marine Division (Rein), I Marine Expeditionary Force, Marine Corps Air Ground Combat Center, Twentynine Palms, CA.
Staff Judge Advocate's Recommendation: Major Matthew J. Stewart, USMC.
For Appellant: Lieutenant Colonel Richard D. Belliss, USMCR.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 21 December 2017

―――――――――――――

Before MARKS, JONES, and WOODARD, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court